173 So. 269

## NASH v. STATE.

### 8 Div. 432.

Court of Appeals of Alabama.
Feb. 16, 1937.

Rehearing Stricken March 16, 1937.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

SAMFORD, Judge.

The evidence is sufficient to sustain the convictions, and for that reason the general charge as requested by the defendant was properly refused and the motion for a new trial was properly overruled.

The record is in all things regular and without error.

The judgment is affirmed.

Affirmed.